IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANGEL RIBO and <br> JACQUELINE LEY, <br><br> **Plaintiffs,** <br><br> vs. <br><br> US BANK TRUST, N.A., <br> and ALLEY BROTHERS LLC <br><br> **Defendants.** | § § § § § § § § § § § § § | Case No. 4:24-cv-189 |

## TRUSTEE'S CORPORATE DISCLOSURE AND RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant U.S. Bank Trust National Association[1] ("Trustee") files this Corporate Disclosure and Rule 7.1 Statement.

1. Trustee is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly-traded company. No publicly held company other than U.S. Bancorp owns 10% or more of its stock.

---

[1] Although it vehemently denies any liability, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for RCF 2 Acquisition Trust is the correct party, not U.S. Bank Trust, N.A.

**DEFENDANT'S CORPORATE DISCLOSURE AND RULE 7.1 STATEMENT – Page 1**

Respectfully submitted,

/s/ Jason L. Sanders

**Jason L. Sanders**
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 894-9981 Direct
  (214) 499-7709 Cell

**Caroline E. Allen**
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 894-9982 Direct
  (575) 808-3206 Cell

SANDERS COLLINS PLLC
6301 Gaston Ave., Suite 1121
Dallas, Texas  75214
Main Telephone:  (214) 894-9980
Facsimile:  (214) 242-3004
www.sanderscollins.com

**COUNSEL FOR TRUSTEE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via email and/or U.S. Mail pursuant to the Federal Rules of Civil Procedure on this 1st day of March.

/s/ Jason L. Sanders
Counsel for Trustee